Certificate Number: 12433-TXN-DE-023443504

Bankruptcy Case Number: 14-41122



12433-TXN-DE-023443504

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 20, 2014</u>, at <u>2:53</u> o'clock <u>PM CDT</u>, <u>Carlos Gonzalez</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:   <u>May 20, 2014</u>              By:    <u>/s/Candace Jones</u>

                                       Name:  <u>Candace Jones</u>

                                       Title: <u>Counselor</u>